UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRON BROWN,

    Plaintiff,

v.

VINCENT GRAY,

    Defendant.

Civil Action No. 11 1413

## MEMORANDUM OPINION

For purposes of this Memorandum Opinion, the Court consolidates six complaints and applications to proceed *in forma pauperis*. Each complaint names a single defendant for whom plaintiff supplies a District of Columbia address, and the maximum amount plaintiff demands in damages is $40,000. In no case does plaintiff establish federal question jurisdiction, *see* 28 U.S.C. § 1331, or diversity jurisdiction, *see* 28 U.S.C. § 1332. Accordingly, the Court will dismiss these complaints for lack of subject matter jurisdiction.

An Order accompanies this Memorandum Opinion.

/s/ Henry Kennedy, Jr.
United States District Judge

DATE: 7/27/11

Attachment A